IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY HRIBAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-00733-CAB |
| | ) |
| CITY OF GARFIELD HEIGHTS, *et al.* | ) |
| | ) |
| Defendants. | ) |

**MOTION TO STAY PROCEEDINGS AND TO REFER CASE TO THE MAGISTRATE JUDGE FOR MEDIATION**

Plaintiff, Anthony Hribar ("Hribar") and Defendants, the City of Garfield Heights, Ohio ("Garfield Heights"), Ptl. Eric Garcia ("Ptl. Garcia"), and Southeast Area Law Enforcement ("S.E.A.L.E."), by and though undersigned counsel, respectfully move this Honorable Court for an order staying further proceedings in the above-captioned matter pending resolution of the criminal case captioned *City of Garfield Heights v. Anthony Hribar*, Garfield Heights Municipal Court case no. CRB2300408 (hereinafter, the "Criminal Action"). For cause, the parties state as follows:

1. The above-captioned civil action arises from the arrest of Plaintiff Hribar by the Garfield Heights Police Department on or about March 13, 2023. Plaintiff's *Amended Complaint* asserts causes of action for excessive force, false arrest, failure to train/supervise, assault and battery, and intentional infliction of emotional distress.

2. Following Plaintiff Hribar's arrest on March 13, 2023, he was charged with resisting arrest in the Criminal Action. The Criminal Action is presently scheduled for trial on May 12, 2026.

3. The disposition of the Criminal Action will directly impact Plaintiff Hribar's claims against Defendants in the above-captioned civil action. For example, if Plaintiff Hribar is convicted, such conviction may dispose of some or all of Plaintiff's civil claims against Defendants. Conversely, if Hribar is acquitted, he may seek leave to further amend his *Amended Complaint* to assert additional claims against Defendants.

4. The parties submit that conducting additional discovery prior to the currently established discovery cutoff date of March 3, 2026 would be inefficient in light of the pending Criminal Action. Indeed, such discovery would either be needless (in the event Plaintiff is convicted and his civil claims fail as a result) or will need to be supplemented and/or repeated (in the event Plaintiff is acquitted at trial in the Criminal Action and further amends his *Complaint*).

5. Because the ultimate disposition of the pending Criminal Action will significantly impact these proceedings, the parties propose staying proceedings, including further discovery, pending the outcome of trial in the Criminal Action. The parties propose notifying this Court, by way of a joint status report, of the outcome of the trial in the Criminal Action and how the parties envision conducting further proceedings light of that disposition. The parties propose filing a joint status report within fourteen (14) days of the conclusion of trial in the Criminal Action.

6. In the meantime, the parties believe it would be efficacious to explore resolution, if possible, prior to trial in the Criminal Action. The parties therefore propose referring the case to the assigned Magistrate Judge for mediation, to take place prior to the presently scheduled May 12, 2026 trial date in the Criminal Action.

**WHEREFORE**, the parties respectfully request that this Honorable Court enter an order (1) staying further proceedings pending trial in the Criminal Action, and (2) referring the above-captioned case to mediation with the assigned Magistrate Judge, to take place, if possible, prior to May 12, 2026.

Dated: January 6, 2026

Respectfully submitted,

/s/ *Ricardo J. Cardenas* (per email consent)
Ricardo J. Cardenas
Deacon, Cardenas & Ruple
4770 Beidler Road
Willoughby, OH 44094-8491
Phone:	440-944-1966
Fax:	440-944-1928
Email:	rcardenas@crk-law.com

*Counsel for Plaintiff, Anthony Hribar*

/s/ *Daniel J. Rudary*
Daniel J. Rudary (0090482)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH 44308
Telephone:	(330) 253-5060
Facsimile:	(330) 253-1977
Email:	djrudary@bmdllc.com
	sajacobsen@bmdllc.com

*Counsel for Defendants City of Garfield Heights, Ohio, Southeast Area Law Enforcement, and Patrolman Eric Garcia*

Milko Cecez (0084989)
Law Director
City of Garfield Heights
5407 Turney Road
Garfield Heights, OH 44125
Telephone:	(216) 475.0824
Email:	mcecez@garfieldhts.org

*Counsel for Defendant City of Garfield Heights, Ohio and Patrolman Eric Garcia*

Frank Consolo (0042455)
**CONSOLO LAW FIRM CO., LPA**
700 W. Saint Clair Avenue – Suite 220
Cleveland, OH 44113
Telephone:	(216) 696-5400
Facsimile:	(216) 696-2610
Email:	fconsolo@consololaw.com
*Counsel for Defendant Southeast Area Law Enforcement*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2026 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> /s/ *Daniel J. Rudary*
> *Counsel for Defendants City of Garfield Heights, Ohio, Southeast Area Law Enforcement, and Patrolman Eric Garcia*

4901-9354-7395, v. 1